UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In re:**

**KELLI ANNE SCOTT,**  **BANKRUPTCY**
 **CASE NO.: 8:17-bk-02205-CPM**

**Debtor.**  **CHAPTER 7**
_____/


**ANGELA WELCH, as Chapter 7**
**Trustee of the estate of KELLI ANNE SCOTT,**

 **Plaintiff,**

 **ADVERSARY PROCEEDING**
**v.**  **NO.: 8:17-ap-00816-CPM**

**MASON COMPANIES, INC. d/b/a MASON**
**EASY PAY CREDIT,**
**a Wisconsin corporation,**

 **Defendant.**
_____/

**PROOF OF SERVICE OF AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE**


**I HEREBY CERTIFY** that on June 29, 2018, a true and correct copy of the attached *Agreed Final Order of Dismissal with Prejudice* (Doc.No. 11) was served to:


U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; Angela Welch, 12157 West Linebaugh Avenue, PMB 401, Tampa, FL 33626, via CM/ECF email service.

Kelli Anne Scott, 2205 12th St NW, Winter Haven, FL 33881; Mason Companies, Inc. d/b/a Mason Easy Pay Credit, c/o Daniel J. Hunt, RA, 1251 First Ave., Chippewa Falls, WI 54729, via US mail.

June 29, 2018

                                        Respectfully Submitted,

                                        **LASH WILCOX & GRACE PL**
                                        4950 W. Kennedy Blvd., Suite 320
                                        Tampa, Florida 33609
                                        Phone: (813) 289.3200
                                        Facsimile: (813) 289.3250
                                        Counsel for Plaintiff


                                        /s/ Thomas A. Lash
                                        **THOMAS A. LASH, ESQ.**
                                        Florida Bar No. 849944
                                        email: tlash@lashandwilcox.com
                                        Attorney for Plaintiff